# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1230. CHRISTOPHER M. HUNT, SR. v. ALEX KHIYAYEV.**

This matter was docketed in this Court on March 24, 2023, and the initial brief of Appellant was due on April 13, 2023. To date, Appellant has not filed the initial brief, thereby violating the requirements of Court of Appeals Rule 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed."). Failure to file a brief, unless the time for filing has been "extended upon motion for good cause shown, may result in the dismissal of the appeal[.]" Id. See also Court of Appeals Rule 16 (b) ("Failure to request an extension of time to file a brief before its due date may result in the dismissal of the appeal or non-consideration of the brief if untimely filed."). Therefore, due to Appellant's violation of Court of Appeals Rule 23 (a), this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/18/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*